**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Kenneth and Lisa Williams** | Bankruptcy No. 16-29615 |
| Debtors. | Honorable Pamela S. Hollis |

**COVER SHEET FOR FINAL FEE APPLICATION OF**
**FACTORLAW FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES**

Name of Applicant: Law Offices of William J. Factor, Ltd.

Authorized to Provide
Professional Services to: Peter N. Metrou, Chapter 7 Trustee for the estate of Kenneth and Lisa Williams

Date of Order Authorizing
Employment: January 19, 2018, with employment effective January 19, 2018

Period for Which
Compensation is Sought: January 19, 2018 – June 27, 2018

Amount of Fees Sought: $4,110.00

Amount of Expense
Reimbursement Sought: $90.72

This is a: First and Final Application

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

Dated: June 27, 2018             **FactorLaw**,

                                 By: */s/ Ariane Holtschlag*

{00119001}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Kenneth and Lisa Williams** | Bankruptcy No. 16-29615 |
| Debtors. | Honorable Pamela S. Hollis |

## NOTICE OF APPLICATION

**Please take notice** that on **Friday, July 20, 2018, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Pamela S. Hollis, United States Bankruptcy Judge for the Northern District of Illinois, on the 2nd Floor of the Joliet City Hall building located at 150 West Jefferson Street in Joliet, Illinois, and then and there shall present the attached **First and Final Fee Application of FactorLaw** a copy of which is attached hereto and herewith served upon you.

Dated: June 27, 2018                               **FactorLaw**

                                                   By: */s/ Ariane Holtschlag*
                                                   One of its attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-4830
Fax:    (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

{00119001}                          2

## CERTIFICATE OF SERVICE

      I, Ariane Holtschlag, an attorney, hereby certify that on June 27, 2018, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Application* and the accompanying *First and Final Fee Application of FactorLaw* be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by US Mail on all persons identified on the attached service list.

                                                                   */s/ Ariane Holtschlag*

**Registrants**
(Service via ECF)

| | |
|---|---|
| **Joel P Fonferko** | ND-One@il.cslegal.com |
| **Ariane Holtschlag** | aholtschlag@wfactorlaw.com;<br>bharlow@wfactorlaw.com;<br>gsullivan@ecf.inforuptcy.com;<br>holtschlagar43923@notify.bestcase.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **Steven C Lindberg** | bankruptcy@fallaw.com |
| **Patrick A Meszaros** | patrickmeszaros@yahoo.com |
| **Peter N Metrou** | trustee7@metandnem.com; met.trustee7@att.net;<br>pmetrou@ecf.epiqsystems.com |
| **Jose G Moreno** | nd-one@il.cslegal.com |

```
WalMart Discover                        PennyMac Loan Services, LLC as servicer for   Recovery Management Systems Corporation
PO Box 960024                           c/o Codilis & Associates, P.C.                25 SE Second Avenue Suite 1120
Orlando, FL 32896-0024                  15W030 North Frontage Road, Suite 100         Miami, FL 33131-1605
                                        Burr Ridge, IL 60527-6921


Patrick A Meszaros                      Bank of America                               Bank of America, N.A.
Law Offices Of Patrick A Meszaros       PO Box 31785                                  and PennyMac Loan Services LLC
1100 W. Jefferson Street                Tampa, FL 33631-3785                          6101 Condor Drive, Suite 200
Joliet, IL 60435-6814                                                                 Moorpark CA 93021-2602


Bureaus Investment Group Portfolio No 15 LLC   Capital One NA                         Carson's
c/o PRA Receivables Management, LLC     c/o Becket and Lee LLP                        PO Box 182789
PO Box 41021                            PO Box 3001                                   Columbus, OH 43218-2789
Norfolk VA 23541-1021                   Malvern PA 19355-0701


Certified Services                      Convergent Outsourcing, Inc.                  Dreyer Ambulatory Surgery Center
1733 Washington Street                  PO Box 9004                                   28582 Network Place
Ste 201                                 Renton, WA 98057-9004                         Chicago, IL 60673-1285
Waukegan, IL 60085-5192


Dreyer Clinic Inc.                      Encore Receivable Management                  Enhanced Recovery Company, LLC
PO Box 105173                           400 N. Rogers Rd.                             8014 Bayberry Rd
Atlanta, GA 30348-5173                  Olathe, KS 66062-1212                         Jacksonville, FL 32256-7412


FMA Alliance, LTD                       First National  Bank of Illinois              First National Bank
PO Box 65                               18401 Maple Creek Drive, Ste. 100             109 Veterans Parkway
Houston, TX 77001-0065                  Tinley Park, IL 60477-2902                    Yorkville, IL 60560-1905


First National Bank                     First National Bank of Omaha                  Frontline Asset Strategies, LLC
1620 Dodge St Stop 4440                 P.O. Box 3331                                 2700 Snelling Ave Ste 250
Omaha, NE 68197-0002                    Omaha, NE 68103-0331                          Suite 425
                                                                                      Roseville, MN 55113-1783


Home Depot/Citibank                     JCPenney                                      MIDLAND FUNDING LLC
P.O. Box 6497                           P.O. Box 965007                               PO BOX 2011
Sioux Falls, SD 57117-6497              Orlando, FL 32896-0090                        WARREN, MI 48090-2011


Maurice's                               Mercantile Adjustment Bureau, LLC.            Meyer & Njus, P.A.
Bankruptcy Dept.                        PO Box 9016                                   33 N Dearborn Street
PO Box 182125                           Williamsville, NY 14231-9016                  Ste 1301
Columbus, OH 43218-2125                                                               Chicago, IL 60602-3878


Pier One/Comenity Bank                  PORTFOLIO RECOVERY ASSOCIATES LLC             Quantum3 Group LLC as agent for
Bankruptcy Dept                         PO BOX 41067                                  JH Portfolio Debt Equities LLC
PO Box 182125                           NORFOLK VA 23541-1067                         PO Box 788
Columbus, OH 43218-2125                                                               Kirkland, WA  98083-0788
```

Rush Copley Medical Center
PO Box 352
Aurora, IL 60507-0352

Springleaf Financial Services of In
PO Box 3251
Evansville, IN 47731-3251

Synchrony Bank (Walmart Credit Card)
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Synchrony Bank / Care Credit
PO Box 960061
Orlando, FL 32896-0061

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target
P.O. Box 673
Minneapolis, MN 55440-0673

Kenneth R Williams
1409 Aspen Lane
Yorkville, IL 60560-9100

Lisa A Williams
1409 Aspen Lane
Yorkville, IL 60560-9100

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Kenneth and Lisa Williams** | Bankruptcy No. 16-29615 |
| Debtors. | Honorable Pamela S. Hollis |

### FACTORLAW'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Ariane Holtschlag and the Law Office of William J. Factor, Ltd. (collectively "*FactorLaw*"), counsel for Peter N. Metrou, not individually but as the chapter 7 trustee (the "*Trustee*") of the bankruptcy estate (the "*Estate*") of Kenneth and Lisa Williams (the "*Debtors*"), hereby submits its final application (the "*Application*") pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1) seeking compensation of **$4,110.00** for legal services performed by FactorLaw during the period of January 19, 2018 through June 27, 2018 (the "*Application Period*") and **$90.72** in expenses incurred in connection with those services. In support of its Application, FactorLaw states as follows:

### JURISDICTION

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned case (the "*Case*") and of this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A).

{00119001}                              4

## BACKGROUND

4.  On September 16, 2016, (the "**Petition Date**") the Debtors filed a voluntary petition for relief under chapter 13 of title 11, United States Code (the "**Bankruptcy Code**"), thereby initiating the Case.

5.  On November 17, 2017, the Case was voluntarily converted to chapter 7.

6.  Peter N. Metrou was appointed as the interim trustee in the Case pursuant 11 U.S.C. § 701 and now serves as the permanent trustee in the Case. The Trustee is duly qualified and has all the powers of a trustee under, among other provisions, 11 U.S.C. § 704.

7.  On January 19, 2018, the Court approved the Trustee's retention of FactorLaw to investigate certain assets of the Estate.

8.  Among the assets of the Estate is the Debtor's one-fifth (1/5) interest in the Trust. The remaining interests belong to each of the Debtor's four siblings, including Gary Babbitt ("**Babbitt**").

9.  On June 1, 2018, the Court approved a settlement between the Trustee and Babbitt to settle the Debtor's position as co-trustee of the Trust, and assign the Debtor's beneficial interest in the Trust to Babbitt for a lump sum payment of $12,000.

10. The settlement has now been fully consummated and the Trustee is preparing to file his final report.

## FEE APPLICATION

**Services performed.**

11. FactorLaw maintains contemporaneous written records of the time expended by its professionals.

12. Such records for the Case, copies of which are grouped and attached hereto as **Exhibit 1**, set forth in detail: (a) the services rendered by FactorLaw (the "**Services**") on behalf of the Trustee, (b) the dates upon

which such Services were rendered; (c) the amount of time spent on the Services; and (d) the professionals who performed the Services.

1. *Summary of Services by professional.*

13. FactorLaw spent a total of 17.8 hours at a cost of $4,111.00 in connection with this Case during the Application Period. All the time was spent in a single category, Asset Investigation and Recovery of the 1/5 interest in the Trust.

14. A breakdown of the professionals providing Services is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Partner | $350 | 13.6 | $3,500.00 |
| Danielle Ranallo | Legal Asst. | $100 | 2.8 | $280.00 |
| Julia D. Loper | Associate | $300 | 1.4 | $330.00 |
| | | **Totals:** | **17.8** | **$4,110.00** |

**Expenses**

15. FactorLaw incurred $90.72 in actual and necessary expenses related to this Case. A copy of the expense record is attached hereto as **Exhibit 2**.

16. FactorLaw does not bill its clients or seek compensation in this Application for its overhead expenses. The expenses listed above are actual out of pocket costs advanced by FactorLaw.

**FactorLaw's retention was appropriate through the Application Period**

17. During the Application Period, no agreement or understanding exists between FactorLaw and any other person for the sharing of compensation received or to be received in connection with this Case.

18. No compensation has been promised to FactorLaw other than as disclosed or approved by this Court. FactorLaw certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee.

19. Finally, FactorLaw represents that it is and was through the Application Period a disinterested party and does not hold any relationship adverse to the Estate.

## BASIS FOR THE REQUESTED RELIEF

20. Under Section 330(a)(1)(A), the Court may award a professional person "reasonable compensation for actual, necessary services rendered[.]" 11 U.S.C. § 330(a)(1)(A). Section 330(a) further provides:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—(A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Id.* § 330(a)(3).

21. In determining the "extent and value of compensation," the Seventh Circuit endorses the "'lodestar' approach—multiplying the number of actual and necessary hours reasonably expended by a reasonable hourly rate[.]" *In re Wildman*, 72 B.R. 700, 712 (Bankr. N.D. Ill. 1987) (Schmetterer, J.); *accord In re UNR Indus.*, 986 F.2d 207, 210-11 (7th Cir. 1993) (lodestar approach provides fair compensation under Section 330); *see also City of Burlington v. Dague*, 505 U.S. 557, 562 (1992) ("The 'lodestar'

figure has, as its name suggests, become the guiding light of our fee-shifting jurisprudence. We have established a 'strong presumption' that the lodestar represents the 'reasonable' fee[.]").

22. The Seventh Circuit has mandated that an "attorney's actual billing rate ... is considered to be the presumptive market rate." *Small*, 264 F.3d at 707. Moreover, "[t]he lawyer's regular rate is strongly presumed to be the market rate for his or his services." *Moriarty v. Svec*, 233 F.3d 955, 965 (7th Cir. 2000) (emphasis added), cert. denied, 532 U.S. 1066 (2001).

23. Additionally, under generally accepted standards, if the services of an attorney employed under Section 327 are reasonably likely to benefit the estate, they should be compensable. *See Andrews & Kurth LLP v. Family Snacks, Inc. (In re Pro-Snax Distributors, Inc.)*, 157 F.3d 414, 421 (5th Cir. 1998); *In re Ames Dep't Stores, Inc.*, 76 F.3d 66, 71 (2d Cir. 1996); 2 Lawrence P. King, Collier on Bankruptcy ¶ 330.04 at 330-43 (15th ed. rev. 1999); *cf.* 11 U.S.C. § 330(a)(4)(A)(ii)(I). In this same context, "[n]ecessary services are those that aid the professional's client in fulfilling its duties under the Code." *In re Ben Franklin Retail Store, Inc.*, 227 B.R. 268, 270 (Bankr. N.D. Ill. 1998) (Barliant, J.).

The average hourly billing rate for the professionals who performed the Services—that is, the "lodestar" rate— is $230.90. This average rate is fair and reasonable in light of the services provided and the experience of FactorLaw's professionals. Moreover, the compensation requested by the FactorLaw is reasonable based upon the customary compensation charged by comparably skilled practitioners in either non-bankruptcy or bankruptcy cases.

**WHEREFORE**, FactorLaw respectfully requests that this Court enter an Order:

A. Allowing FactorLaw compensation for actual, necessary legal services in the amount of **$4,110.00**;

{00119001}                                8

B. Authorizing reimbursement of FactorLaw for actual and necessary expenses in the amount of **$90.72**;

C. Authorizing the Trustee to pay FactorLaw the allowed compensation and reimbursement of expenses up to a total amount of **$4,200.72**; and

D. Granting such other relief as the Court deems just and equitable.

Dated: June 27, 2018                    **FactorLaw**

                                        By: */s/ Ariane Holtschlag*
                                        One of Its attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-4830
Fax:    (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

{00119001}                                9