# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| KENNETH R WILLIAMS | § | Case No. 16-29615 |
| LISA A WILLIAMS | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 09/16/2016. The case was converted to one under Chapter 7 on 11/17/2017. The undersigned trustee was appointed on 11/21/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $    12,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 4,200.72 |
   | Bank service fees | 27.82 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]            $    7,771.46

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  04/26/2018  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,950.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,950.00 , for a total compensation of $ 1,950.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 43.40 , for total expenses of $ 43.40 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  09/10/2018                    By: /s/Peter N. Metrou, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-29615 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KENNETH R WILLIAMS | | | | Date Filed (f) or Converted (c): | 11/17/2017 (c) |
| | LISA A WILLIAMS | | | | 341(a) Meeting Date: | 12/21/2017 |
| For Period Ending: | 09/10/2018 | | | | Claims Bar Date: | 04/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1409 ASPEN LANE YORKVILLE IL 60560-0000 KENDALL | 150,000.00 | 150,000.00 | | 12,000.00 | FA |
| 2. 2007 DODGE CALIBER | 2,300.00 | 2,300.00 | | 0.00 | FA |
| 3. 1998 SATURN STATIONWAGON | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. 1998 DODGE DURRANGO MILEAGE: 160000 DEBTOR'S SON PAYS FOR VE | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 5. FURNITURE | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7. CASH | 12.00 | 0.00 | | 0.00 | FA |
| 8. FIRST NATIONAL BANK | 1,900.00 | 0.00 | | 0.00 | FA |
| 9. FIRST NATIONAL BANK | 33.47 | 0.00 | | 0.00 | FA |
| 10. CATERPILLAR STOCK - 41 SHARES AT $82 PER SHARE AT TIME OF FI | 3,362.00 | 0.00 | | 0.00 | FA |
| 11. IMRF PENSION THROUGH UNION | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $166,107.47       $157,800.00       $12,000.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Converted Ch 13 on 11/17/2017 and appointed on 11/21/2017. 1/4/18 Filed Motion to Employ Counsel for the Estate, see Dkt#34.

Initial Projected Date of Final Report (TFR): 03/01/2019       Current Projected Date of Final Report (TFR):

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-29615  
Case Name: KENNETH R WILLIAMS  
LISA A WILLIAMS  

Taxpayer ID No: XX-XXX0053  
For Period Ending: 09/10/2018  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1743  
Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/22/18 | 1 | Gary R. Babbit<br>None given | Court Approved settlement<br>See dckt # 47 | 1110-000 | $12,000.00 | | $12,000.00 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $11,990.00 |
| 07/30/18 | 1001 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Distribution<br>See Dckt# 50 | | | $4,200.72 | $7,789.28 |
| | | FactorLaw | ($4,110.00) | 3210-000 | | | |
| | | FactorLaw | ($90.72) | 3220-000 | | | |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.82 | $7,771.46 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $12,000.00 | $4,228.54 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,000.00 | $4,228.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,000.00 | $4,228.54 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals:    $12,000.00    $4,228.54

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1743 - Checking | $12,000.00 | $4,228.54 | $7,771.46 |
|  | $12,000.00 | $4,228.54 | $7,771.46 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,000.00 |
| Total Gross Receipts: | $12,000.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 16-29615  
Debtor Name: KENNETH R WILLIAMS  
Claims Bar Date: 4/26/2018

Date: September 10, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,950.00 | $1,950.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $43.40 | $43.40 |
| 100 3210 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | See Dckt#50 | $0.00 | $4,110.00 | $4,110.00 |
| 100 3220 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | See Dckt#50 | $0.00 | $90.72 | $90.72 |
| 3 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>JH PORTFOLIO DEBT EQUITIES LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | | $4,307.21 | $4,421.61 | $4,421.61 |
| 4 300 7100 | CAPITAL ONE NA<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $554.22 | $554.22 |
| 5 300 7100 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Unsecured<br>Payment Status:<br>Valid To Pay | | $402.31 | $402.31 | $402.31 |
| 6 300 7100 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Unsecured<br>Payment Status:<br>Valid To Pay | | $362.41 | $362.41 | $362.41 |
| 7 300 7100 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Unsecured<br>Payment Status:<br>Valid To Pay | | $2,295.95 | $2,295.95 | $2,295.95 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-29615  
Debtor Name: KENNETH R WILLIAMS  
Claims Bar Date: 4/26/2018  

Date: September 10, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,353.31 | $1,353.31 |
| 9<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO COMENITY BANK (CARSONS)<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,317.27 | $1,317.27 |
| 10<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO CITIBANK, N.A. (BEST BUY)<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $896.23 | $896.23 |
| 11<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO SYNCHRONY BANK (WAL-MART)<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured<br>Payment Status:<br>Valid To Pay | | $855.00 | $1,130.99 | $1,130.99 |
| 12<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO CITIBANK, N.A.<br>(THE HOME DEPOT)<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured<br>Payment Status:<br>Valid To Pay | | $752.00 | $703.05 | $703.05 |
| 1<br>400<br>4110 | FIRST NATIONAL BANK<br>1620 DODGE ST STOP 4440<br>OMAHA, NE 68197 | Secured<br>Payment Status:<br>Invalid | | $0.00 | $2,514.50 | $2,514.50 |
| 2<br>400<br>4110 | FIRST NATIONAL BANK<br>1620 DODGE ST STOP 4440<br>OMAHA, NE 68197 | Secured<br>Payment Status:<br>Invalid | | $0.00 | $3,156.92 | $3,156.92 |
| 13<br>400<br>4110 | BANK OF AMERICA, N.A. AND PENNYMAC LOAN SERVICES LLC<br>6101 CONDOR DRIVE, SUITE 200<br>MOORPARK CA 93021 | Secured<br>Payment Status:<br>Withdrawn | | $155,771.78 | $164,296.74 | $164,296.74 |
| | Case Totals | | | $164,746.66 | $189,599.63 | $189,599.63 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-29615
Case Name: KENNETH R WILLIAMS
LISA A WILLIAMS
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 7,771.46

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Trustee Expenses: Peter N. Metrou | $ 43.40 | $ 0.00 | $ 43.40 |
| Attorney for Trustee Fees: FactorLaw | $ 4,110.00 | $ 4,110.00 | $ 0.00 |
| Attorney for Trustee Expenses: FactorLaw | $ 90.72 | $ 90.72 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 1,993.40
Remaining Balance $ 5,778.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,437.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 4,421.61 | $ 0.00 | $ 1,901.29 |
| 4 | CAPITAL ONE NA | $ 554.22 | $ 0.00 | $ 238.31 |
| 5 | MIDLAND FUNDING LLC | $ 402.31 | $ 0.00 | $ 172.99 |
| 6 | MIDLAND FUNDING LLC | $ 362.41 | $ 0.00 | $ 155.84 |
| 7 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | $ 2,295.95 | $ 0.00 | $ 987.26 |
| 8 | TD BANK USA, N.A. | $ 1,353.31 | $ 0.00 | $ 581.92 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,317.27 | $ 0.00 | $ 566.43 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 896.23 | $ 0.00 | $ 385.38 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,130.99 | $ 0.00 | $ 486.33 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 703.05 | $ 0.00 | $ 302.31 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,778.06 |
| | Remaining Balance | | | $ 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE