## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| KENNETH R WILLIAMS | § | Case No. 16-29615 |
| LISA A WILLIAMS | § | |
| | § | |
| Debtors | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PETER N. METROU, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  10:00 A.M. on November 9, 2018  in Courtroom,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/4/18                    By: /s/ Peter N. Metrou
                                              Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE** | ) | **Chapter 7** |
| | ) | |
| **KENNETH R. WILLIAMS and,** | ) | **CASE NO. 16-29615** |
| **LISA A. WILLIAMS** | ) | |
| Debtor(s). | ) | **Hon. Pamela S. Hollis** |

**NOTICE OF MOTION**

To:     See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FEE APPLICATION**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 4th day of October, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

　　　　　　　　　　　　　　 */s/ Peter N. Metrou*
　　　　　　　　　　　　　　 **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**Sent via First-Class Mail**

Bank of America
PO Box 31785
Tampa, FL 33631-3785

Bank of America, N.A.
and PennyMac Loan Services LLC
6101 Condor Drive, Suite 200
Moorpark CA 93021-2602

Bureaus Investment Group Portfolio No 15
LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Carson's
PO Box 182789
Columbus, OH 43218-2789

Certified Services
1733 Washington Street
Ste 201
Waukegan, IL 60085-5192

Convergent Outsourcing, Inc.
PO Box 9004
Renton, WA 98057-9004

Dreyer Ambulatory Surgery Center
28582 Network Place
Chicago, IL 60673-1285

Dreyer Clinic Inc.
PO Box 105173
Atlanta, GA 30348-5173

Encore Receivable Management
400 N. Rogers Rd.
Olathe, KS 66062-1212

Enhanced Recovery Company, LLC
8014 Bayberry Rd
Jacksonville, FL 32256-7412

First National  Bank of Illinois
18401 Maple Creek Drive, Ste. 100
Tinley Park, IL 60477-2902

First National Bank of Omaha
P.O. Box 3331
Omaha, NE 68103-0331

First National Bank
109 Veterans Parkway
Yorkville, IL 60560-1905

First National Bank
1620 Dodge St Stop 4440
Omaha, NE 68197-0002

FMA Alliance, LTD
PO Box 65
Houston, TX 77001-0065

Frontline Asset Strategies, LLC
2700 Snelling Ave Ste 250
Suite 425
Roseville, MN 55113-1783

Home Depot/Citibank
P.O. Box 6497
Sioux Falls, SD 57117-6497

JCPenney
P.O. Box 965007
Orlando, FL 32896-0090

Kenneth R Williams
1409 Aspen Lane
Yorkville, IL 60560-9100

Lisa A Williams
1409 Aspen Lane
Yorkville, IL 60560-9100

Maurice's
Bankruptcy Dept.
PO Box 182125
Columbus, OH 43218-2125

Mercantile Adjustment Bureau, LLC.
PO Box 9016
Williamsville, NY 14231-9016

Meyer & Njus, P.A.
33 N Dearborn Street
Ste 1301
Chicago, IL 60602-3878

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090-2011

Pier One/Comenity Bank
Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125

PennyMac Loan Services, LLC as servicer
for
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

PORTFOLIO RECOVERY ASSOCIATES
LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
JH Portfolio Debt Equities LLC
PO Box 788
Kirkland, WA  98083-0788

Recovery Management Systems
Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131-1605


Rush Copley Medical Center
PO Box 352
Aurora, IL 60507-0352

Springleaf Financial Services of In
PO Box 3251
Evansville, IN 47731-3251

Synchrony Bank (Walmart Credit Card)
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605


Synchrony Bank / Care Credit
PO Box 960061
Orlando, FL 32896-0061

Target
P.O. Box 673
Minneapolis, MN 55440-0673

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132


WalMart Discover
PO Box 960024
Orlando, FL 32896-0024


**Sent via ECF**


U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick A Meszaros
Law Offices Of Patrick A Meszaros
1100 W. Jefferson Street
Joliet, IL 60435-6814

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| KENNETH R WILLIAMS | § | Case No. 16-29615 |
| LISA A WILLIAMS | § | |
| | § | |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,000.00 |
| and approved disbursements of | $ | 4,228.54 |
| leaving a balance on hand of[1] | $ | 7,771.46 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $      1,950.00 | $         0.00 | $      1,950.00 |
| Trustee Expenses: Peter N. Metrou | $        43.40 | $         0.00 | $        43.40 |
| Attorney for Trustee Fees: FactorLaw | $      4,110.00 | $      4,110.00 | $         0.00 |
| Attorney for Trustee Expenses: FactorLaw | $        90.72 | $        90.72 | $         0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,993.40 |
| Remaining Balance | $ | 5,778.06 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,437.35  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  43.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 4,421.61 | $ 0.00 | $ 1,901.29 |
| 4 | CAPITAL ONE NA | $ 554.22 | $ 0.00 | $ 238.31 |
| 5 | MIDLAND FUNDING LLC | $ 402.31 | $ 0.00 | $ 172.99 |
| 6 | MIDLAND FUNDING LLC | $ 362.41 | $ 0.00 | $ 155.84 |
| 7 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | $ 2,295.95 | $ 0.00 | $ 987.26 |
| 8 | TD BANK USA, N.A. | $ 1,353.31 | $ 0.00 | $ 581.92 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,317.27 | $ 0.00 | $ 566.43 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 896.23 | $ 0.00 | $ 385.38 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,130.99 | $ 0.00 | $ 486.33 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 703.05 | $ 0.00 | $ 302.31 |

Total to be paid to timely general unsecured creditors     $ 5,778.06

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.