UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
KENNETH R WILLIAMS § Case No. 16-29615
LISA A WILLIAMS §
§
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 6,833.47<br>*(Without deducting any secured claims)* | Assets Exempt: 39,274.00 |
| Total Distributions to Claimants: 5,778.06 | Claims Discharged<br>Without Payment: 46,559.48 |
| Total Expenses of Administration: 6,221.94 | |

3) Total gross receipts of $ 12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 183,094.30 | $ 164,296.74 | $ 164,296.74 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,221.94 | 6,221.94 | 6,221.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,322.43 | 15,667.47 | 15,667.47 | 5,778.06 |
| **TOTAL DISBURSEMENTS** | $ 201,416.73 | $ 186,186.15 | $ 186,186.15 | $ 12,000.00 |

4)  This case was originally filed under chapter on 09/16/2016 , and it was converted to chapter 7 on 11/17/2017 . The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/09/2019                    By:/s/Peter N. Metrou, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1409 ASPEN LANE YORKVILLE IL 60560-0000 KENDALL | 1110-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank of Illinois, 18401 Maple Creek Drive, Ste. 100 Tinley Park, IL 60477 | | 4,593.00 | NA | NA | 0.00 |
| | First National Bank, 109 Veterans Parkway Yorkville, IL 60560 | | 2,729.52 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Springleaf Financial Services of In, PO Box 3251 Evansville, IN 47731-3251 | | 20,000.00 | NA | NA | 0.00 |
| 13 | BANK OF AMERICA, N.A. | 4110-000 | 155,771.78 | 164,296.74 | 164,296.74 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 183,094.30 | $ 164,296.74 | $ 164,296.74 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| Peter N. Metrou | 2200-000 | NA | 43.40 | 43.40 | 43.40 |
| Associated Bank | 2600-000 | NA | 27.82 | 27.82 | 27.82 |
| FactorLaw | 3210-000 | NA | 4,110.00 | 4,110.00 | 4,110.00 |
| FactorLaw | 3220-000 | NA | 90.72 | 90.72 | 90.72 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,221.94 | $ 6,221.94 | $ 6,221.94 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Certified Services, 1733 Washington Street Ste 201 Waukegan, IL 60085 | | 151.00 | NA | NA | 0.00 |
| | Dreyer Ambulatory Surgery Center, 28582 Network Place Chicago, IL 60673-1285 | | 610.02 | NA | NA | 0.00 |
| | Dreyer Clinic Inc., PO Box 105173 Atlanta, GA 30348-5173 | | 453.47 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enhanced Recovery Company, LLC, 8014 Bayberry Rd Jacksonville, FL 32256 | | 0.00 | NA | NA | 0.00 |
| | FMA Alliance, LTD, PO Box 65 Houston, TX 77001 | | 752.78 | NA | NA | 0.00 |
| | JCPenney, P.O. Box 965007 Orlando, FL 32896-0090 | | 0.00 | NA | NA | 0.00 |
| | Mercantile Adjustment Bureau, LLC., PO Box 9016 Williamsville, NY 14231 | | 554.00 | NA | NA | 0.00 |
| | Meyer & Njus, P.A., 33 N Dearborn Street Ste 1301 Chicago, IL 60602 | | 1,353.31 | NA | NA | 0.00 |
| | Portfolio Recovery Assoc. LLC, PO Box 12914 Norfolk, VA 23541-1223 | | 3,372.74 | NA | NA | 0.00 |
| | Rush Copley Medical Center, PO Box 352 Aurora, IL 60507-0352 | | 139.23 | NA | NA | 0.00 |
| | Synchrony Bank / Care Credit, PO Box 960061 Orlando, FL 32896 | | 608.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target, P.O. Box 673 Minneapolis, MN 55440 | | 1,353.00 | NA | NA | 0.00 |
| 7 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | 7100-000 | 2,295.95 | 2,295.95 | 2,295.95 | 987.26 |
| 4 | CAPITAL ONE NA | 7100-000 | NA | 554.22 | 554.22 | 238.31 |
| 5 | MIDLAND FUNDING LLC | 7100-000 | 402.31 | 402.31 | 402.31 | 0.00 |
| 6 | MIDLAND FUNDING LLC | 7100-000 | 362.41 | 362.41 | 362.41 | 0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 896.23 | 896.23 | 385.38 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 855.00 | 1,130.99 | 1,130.99 | 486.33 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 752.00 | 703.05 | 703.05 | 302.31 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,317.27 | 1,317.27 | 566.43 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 4,307.21 | 4,421.61 | 4,421.61 | 0.00 |
| 8 | TD BANK USA, N.A. | 7100-000 | NA | 1,353.31 | 1,353.31 | 581.92 |
| | Clerk of the U.S. Bankruptcy Court | 7100-002 | NA | 2,230.12 | 2,230.12 | 2,230.12 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 18,322.43 | $ 15,667.47 | $ 15,667.47 | $ 5,778.06 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-29615 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KENNETH R WILLIAMS | | | | Date Filed (f) or Converted (c): | 11/17/2017 (c) |
| | LISA A WILLIAMS | | | | 341(a) Meeting Date: | 12/21/2017 |
| For Period Ending: | 05/09/2019 | | | | Claims Bar Date: | 04/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1409 ASPEN LANE YORKVILLE IL 60560-0000 KENDALL | 150,000.00 | 150,000.00 | | 12,000.00 | FA |
| 2. 2007 DODGE CALIBER | 2,300.00 | 2,300.00 | | 0.00 | FA |
| 3. 1998 SATURN STATIONWAGON | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. 1998 DODGE DURRANGO MILEAGE: 160000 DEBTOR'S SON PAYS FOR VE | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 5. FURNITURE | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7. CASH | 12.00 | 0.00 | | 0.00 | FA |
| 8. FIRST NATIONAL BANK | 1,900.00 | 0.00 | | 0.00 | FA |
| 9. FIRST NATIONAL BANK | 33.47 | 0.00 | | 0.00 | FA |
| 10. CATERPILLAR STOCK - 41 SHARES AT $82 PER SHARE AT TIME OF FI | 3,362.00 | 0.00 | | 0.00 | FA |
| 11. IMRF PENSION THROUGH UNION | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $166,107.47         $157,800.00         $12,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Converted Ch 13 on 11/17/2017 and appointed on 11/21/2017. 1/4/18 Filed Motion to Employ Counsel for the Estate, see Dkt#34. TFR filed 10/4/18. Awaiting outstanding checks for final TDR.

Initial Projected Date of Final Report (TFR): 03/01/2019         Current Projected Date of Final Report (TFR): 10/04/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-29615 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: KENNETH R WILLIAMS | Bank Name: Associated Bank |
| LISA A WILLIAMS | Account Number/CD#: XXXXXX1743 |
| | Checking |
| Taxpayer ID No: XX-XXX0053 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/09/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/22/18 | 1 | Gary R. Babbit<br>None given | Court Approved settlement<br>See dckt # 47 | 1110-000 | $12,000.00 | | $12,000.00 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $11,990.00 |
| 07/30/18 | 1001 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Distribution<br>See Dckt# 50 | | | $4,200.72 | $7,789.28 |
| | | FactorLaw | ($4,110.00) | 3210-000 | | | |
| | | FactorLaw | ($90.72) | 3220-000 | | | |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.82 | $7,771.46 |
| 11/12/18 | 1002 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $1,993.40 | $5,778.06 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($1,950.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($43.40) | 2200-000 | | | |
| 11/12/18 | 1003 | QUANTUM3 GROUP LLC AS AGENT FOR<br>JH PORTFOLIO DEBT EQUITIES LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 3 representing a payment of 43.00 % per court order. | 7100-000 | | $1,901.29 | $3,876.77 |
| 11/12/18 | 1004 | CAPITAL ONE NA<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 4 representing a payment of 43.00 % per court order. | 7100-000 | | $238.31 | $3,638.46 |
| 11/12/18 | 1005 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Final distribution to claim 5 representing a payment of 43.00 % per court order. | 7100-000 | | $172.99 | $3,465.47 |

Page Subtotals: $12,000.00    $8,534.53

UST Form 101-7-TDR (10/1/2010) (Page: 10)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 16-29615 |
| Case Name: | KENNETH R WILLIAMS |
| | LISA A WILLIAMS |
| Taxpayer ID No: | XX-XXX0053 |
| For Period Ending: | 05/09/2019 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX1743 |
| | Checking |
| Blanket Bond (per case limit): | $1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/12/18 | 1006 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Final distribution to claim 6 representing a payment of 43.00 % per court order. | 7100-000 | | $155.84 | $3,309.63 |
| 11/12/18 | 1007 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Final distribution to claim 7 representing a payment of 43.00 % per court order. | 7100-000 | | $987.26 | $2,322.37 |
| 11/12/18 | 1008 | TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final distribution to claim 8 representing a payment of 43.00 % per court order. | 7100-000 | | $581.92 | $1,740.45 |
| 11/12/18 | 1009 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO COMENITY BANK (CARSONS)<br>POB 41067<br>NORFOLK, VA 23541 | Final distribution to claim 9 representing a payment of 43.00 % per court order. | 7100-000 | | $566.43 | $1,174.02 |
| 11/12/18 | 1010 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO CITIBANK, N.A. (BEST BUY)<br>POB 41067<br>NORFOLK, VA 23541 | Final distribution to claim 10 representing a payment of 43.00 % per court order. | 7100-000 | | $385.38 | $788.64 |
| 11/12/18 | 1011 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO SYNCHRONY BANK (WAL-MART)<br>POB 41067<br>NORFOLK, VA 23541 | Final distribution to claim 11 representing a payment of 43.00 % per court order. | 7100-000 | | $486.33 | $302.31 |
| 11/12/18 | 1012 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO CITIBANK, N.A. (THE HOME DEPOT)<br>POB 41067<br>NORFOLK, VA 23541 | Final distribution to claim 12 representing a payment of 43.00 % per court order. | 7100-000 | | $302.31 | $0.00 |

Page Subtotals: $0.00  $3,465.47

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-29615 | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | KENNETH R WILLIAMS | | Bank Name: | Associated Bank |
| | LISA A WILLIAMS | | Account Number/CD#: | XXXXXX1743 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX0053 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/09/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/11/19 | 1006 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Final distribution to claim 6 representing a payment of 43.00 % per court order. Reversal | 7100-000 | | ($155.84) | $155.84 |
| 03/11/19 | 1005 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Final distribution to claim 5 representing a payment of 43.00 % per court order. Reversal | 7100-000 | | ($172.99) | $328.83 |
| 03/11/19 | 1003 | QUANTUM3 GROUP LLC AS AGENT FOR<br>JH PORTFOLIO DEBT EQUITIES LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 3 representing a payment of 43.00 % per court order. Reversal | 7100-000 | | ($1,901.29) | $2,230.12 |
| 03/11/19 | 1013 | Clerk of the U.S. Bankruptcy Court<br>Northern District Of Illinois<br>219 S. Dearborn Street<br>Chicago, Illinois 60604 | Unclaimed Funds | 7100-002 | | $2,230.12 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $12,000.00 | $12,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,000.00 | $12,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,000.00 | $12,000.00 |

Page Subtotals:  $0.00   $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1743 - Checking | $12,000.00 | $12,000.00 | $0.00 |
| | $12,000.00 | $12,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,000.00 |
| Total Gross Receipts: | $12,000.00 |